# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN AUSIELLO, #93082 | )<br>)<br>) |
| Plaintiff, | )  3:10-cv-0383-LRH-VPC |
| vs. | )<br>) |
| STATE OF NEVADA, *et al.*, | )  **ORDER**<br>) |
| Defendants. | )<br>) |

On June 24, 2010, the court received a document from plaintiff on this court's "Notice of Appeal" form that indicates that plaintiff seeks to appeal a decision of the Fifth Judicial District Court of the State of Nevada (Docket #1-1). Plaintiff is hereby informed that no such appeal exists, that is, one cannot appeal decisions of a state district court to this court.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

DATED this 1st day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE