AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

AUSIELLO,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-cv-00383-LRH-VPC**

STATE OF NEVADA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.


  July 1, 2010                                                                 **LANCE S. WILSON**
                                                                                             Clerk


                                                                                              /s/ P. McDonald
                                                                                               Deputy Clerk